UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUYAN ZHOU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>　　　　　Defendants. | No. 2:23–cv–419–DJC-KJN PS<br><br>ORDER |

In March of 2023, plaintiff, who is proceeding without counsel, filed a complaint requesting the court compel USCIS officers to conduct her interview related to her asylum proceedings. (ECF No. 1.) On April 5, 2023, defendants moved to dismiss, asserting plaintiff's claims are moot because plaintiff's interview was conducted in late March. (ECF No. 6.) Under the court's Local Rules, plaintiff is obligated to respond to the motion within fourteen days. See E.D. Cal. L.R. 230(c). Given the substance of defendants' motion, if plaintiff agrees that all the relief she requested in the complaint has been provided, she shall file a notice of voluntary dismissal under Federal Rule of Civil Procedure 41. If, however, plaintiff contends there are still issues needing resolution, she shall file her opposition to defendants' motion by April 19, 2023.

Dated: April 10, 2023

ferr.264

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1